**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-855 KAJ |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY OF |
| INLAND PAPERBOARD | ) | TWELVE DEMANDED |
| AND PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

IT IS SO ORDERED this _____ day of _____, 2005, that Plaintiff's Motion to Amend his Complaint is GRANTED.

The Clerk of the Court shall docket the Amended Complaint filed by Plaintiff with his Motion to Amend, and the Amended Complaint is hereby deemed filed as of the date of this Order.

The Defendant shall file an Answer to the Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

_____
HONORABLE KENT A. JORDAN,
UNITED STATES DISTRICT JUDGE