**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-855 KAJ |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY OF |
| INLAND PAPERBOARD | ) | TWELVE DEMANDED |
| AND PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF MAILING

I hereby certify that copies of the foregoing Motion to Amend the Complaint, Amended Complaint, and proposed form of Order were served on the following this 14th day of April, 2005 by United States Mail, First Class Service, postage pre-paid:

G. Kevin Fasic, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899

SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz

BENJAMIN A. SCHWARTZ
Delaware Bar ID No. 4145
1140 South State Street
Dover, Delaware 19901
(302) 678-8700
mail@benschwartz.com