IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-855 KAJ |
| v. | : | |
| | : | |
| INLAND PAPERBOARD & PACKAGING, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 25th day of April, 2005, that I caused to be served a true and correct copy of the foregoing *Defendant's Opposition to Plaintiff's Motion to Amend Complaint*, by regular U.S. Mail, postage prepaid, upon the following:

Banjamin Schwartz, Esquire
Schwartz & Schwartz
1140 South State Street
Dover, DE 19901

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire