**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-855 KAJ |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY OF |
| INLAND PAPERBOARD | ) | TWELVE DEMANDED |
| AND PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF MAILING

I hereby certify that on May 4, 2005, I electronically filed Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Amend the Complaint with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

G. Kevin Fasic, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899


SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz

BENJAMIN A. SCHWARTZ
Delaware Bar ID No. 4145
1140 South State Street
Dover, Delaware 19901
(302) 678-8700
mail@benschwartz.com