**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-855 KAJ |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY OF |
| INLAND PAPERBOARD | ) | TWELVE DEMANDED |
| AND PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO EXTEND DISCOVERY DEADLINES**

NOW COMES the Plaintiff, by and through undersigned counsel, and Moves this Honorable Court to extend certain deadlines in its January 12, 2005 Scheduling Order. In support of this Motion, the Plaintiff states as follows:

1. The Court set the following deadlines, which are now sought to be extended: The discovery cut off is set for August 15, 2005; the deadline for initial disclosure of expert testimony is set for May 17, 2005; the deadline for filing motions to challenge the admissibility of expert opinions is set for September 15, 2005.

2. Although this case was filed some time ago, the parties have not engaged in discovery. The matter is scheduled for mediation on May 26, 2005 with Magistrate Judge Mary Pat Thynge.

3. Plaintiff has filed a Motion for Leave to file an Amended Complaint. Defendant contested the propriety of certain allegations in the proposed Amended Complaint. Until the Court decides Plaintiff's Motion, it will not be clear what economic expert testimony, if any, will be necessary. It is also unclear what witnesses will be needed to testify about the working environment at Defendant's Harrington facility. It is

also unclear whether the testimony of Plaintiff's two counselors will be needed. If either will be needed to testify, it is unclear which one (or whether both) will be needed.

    4. Undersigned counsel has not conferred with opposing counsel about his position on this Motion. Mr. Fasic is on vacation this week. Counsel wanted to file this Motion before the deadline for disclosure of expert testimony.

    WHEREFORE, Plaintiff requests that the Court grant this Motion and enter the attached form of Order.

SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz
BENJAMIN A. SCHWARTZ
Delaware Bar ID No. 4145
1140 South State Street
Dover, Delaware 19901
(302) 678-8700
mail@benschwartz.com

Dated: May 16, 2005