**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-855 KAJ |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY OF |
| INLAND PAPERBOARD | ) | TWELVE DEMANDED |
| AND PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this ___ day of _____, 2005, upon consideration of

Plaintiff's Motion to Extend Discovery Deadlines, new discovery deadlines will be set as

follows:

The discovery cut off will now be _____;

The deadline for initial disclosure of expert testimony will now be

_____;

The deadline for filing motions to challenge the admissibility of expert opinions

will now be _____.

It is SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE