## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN A. RUSSELL, | : |
|           Plaintiff, | : |
| v. | : Civil Action No. 04-855-KAJ |
| INLAND PAPERBOARD AND PACKAGING, INC., | : |
|           Defendant. | : |

## **ORDER**

At Wilmington this **26th** day of **May, 2005,**

IT IS ORDERED that a teleconference has been scheduled for **Monday, July 25, 2005 at 9:00 a.m.** with Judge Thynge to discuss the status of the case and any negotiations between the parties in relation to the continued mediation scheduled for **Monday, August 22, 2005 beginning at 10:00 a.m.** There shall be no further submissions of the parties. **G. Kevin Fasic, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE