# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-855 KAJ |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY OF |
| INLAND PAPERBOARD | ) | TWELVE DEMANDED |
| AND PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER ON PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

IT IS SO ORDERED this _____ day of _____, 2005, that Plaintiff's Motion to Amend his Complaint is granted in part and denied in part.

The Clerk of the Court shall docket the Amended Complaint attached hereto as Exhibit A, and such Amended Complaint is hereby deemed filed as of the date of this Order.

The Defendant shall file an Answer to the Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

 _____
 HONORABLE KENT A. JORDAN,
 UNITED STATES DISTRICT JUDGE