**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-855 KAJ |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY OF |
| INLAND PAPERBOARD | ) | TWELVE DEMANDED |
| AND PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER CONCERNING DISCOVERY DEADLINES**

The parties stipulate and agree that the following provisions will amend the Scheduling Order in the above-captioned matter, dated January 12, 2005:

1. The parties shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) within five days of the date of this Order.

2. All discovery in this case shall be initiated so that it will be completed on or before November 15, 2005.

3. Unless otherwise agreed by the parties, the parties shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on or before October 1, 2005.

4. All case dispositive motions, an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before December 1, 2005.

5. To the extent that this Order does not modify the provisions set forth in this Court's Scheduling Order of January 12, 2005, those provisions will remain in effect.

Schwartz & Schwartz                                Tighe, Cottrell & Logan

| | |
|---|---|
| By: /s/ Benjamin A. Schwartz | By: /s/ G. Kevin Fasic |
| Benjamin A. Schwartz | G. Kevin Fasic |
| I.D. No. 4145 | I.D. Number 3946 |
| 1140 South State Street | First Federal Plaza, Suite 500 |
| Dover, DE 19901 | Wilmington, DE 19899 |
| (302) 678-8700 | (302) 658-6400 |
| Counsel for Plaintiff | Counsel for Defendant |

    It is SO ORDERED this \_\_\_\_ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE