IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL 20  AM 9: 50

| | |
|---|---|
| SHAWN A. RUSSELL, | ) |
| Plaintiff, | ) C.A. No. 04-855 KAJ |
| v. | ) |
| INLAND PAPERBOARD AND PACKAGING, INC., | ) TRIAL BY JURY OF TWELVE DEMANDED |
| Defendant. | ) |

### ORDER ON PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

IT IS SO ORDERED this 20th day of July, 2005, that Plaintiff's Motion to Amend his Complaint is granted in part and denied in part.

The Clerk of the Court shall docket the Amended Complaint attached hereto as Exhibit A, and such Amended Complaint is hereby deemed filed as of the date of this Order.

The Defendant shall file an Answer to the Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

HONORABLE KENT A. JORDAN,
UNITED STATES DISTRICT JUDGE