## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN A. RUSSELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-855-KAJ |
| INLAND PAPERBOARD AND PACKAGING, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **25th** day of **July, 2005,**

IT IS ORDERED that the mediation scheduled for Monday, August 22, 2005 is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Wednesday, October 5, 2005 at 4:30 p.m.** with Judge Thynge to discuss the status of the case. **G. Kevin Fasic, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE