**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-855 KAJ |
| v. | : | |
| | : | |
| INLAND PAPERBOARD & PACKAGING, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, G. Kevin Fasic, Esquire, hereby certify this 2nd day of August, 2005, that I caused to be served a true and correct copy of the foregoing *Answer to Amended Complaint*, by regular U.S. Mail, postage prepaid, and through the CM/ECF Electronic Filing System, upon the following:

        Benjamin A. Schwartz, Esquire
        Schwartz & Schwartz
        1140 South State Street
        P.O. Box 541
        Dover, DE 19903

        /s/ G. Kevin Fasic
        G. Kevin Fasic, Esquire