IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN A. RUSSELL, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-855 KAJ |
| v. | : |
| | : |
| INLAND PAPERBOARD & PACKAGING, | : |
| | : |
| Defendant. | : |

**NOTICE OF SERVICE**

I, G. Kevin Fasic, Esquire, hereby certify this 2nd day of August, 2005, that I caused to be served a true and correct copy of the foregoing *Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)*, by regular U.S. Mail, postage prepaid, and through the CM/ECF Electronic Filing System, upon the following:

> Benjamin A. Schwartz, Esquire
> Schwartz & Schwartz
> 1140 South State Street
> P.O. Box 541
> Dover, DE 19903

> /s G. Kevin Fasic
> G. Kevin Fasic (DE 3496)
> First Federal Plaza, Suite 500
> P.O. Box 1031
> Wilmington, DE 19801
> 302-658-6400
> Attorney for Defendant
> Inland Paperboard and Packaging, Inc.