IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-855 KAJ |
| | : | |
| v. | : | |
| | : | |
| INLAND PAPERBOARD AND PACKAGING, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, G. Kevin Fasic, Esquire, do hereby certify that a true and correct copy of *Defendant's Request for Production Directed to Plaintiff* and *Defendant's Interrogatories Directed to Plaintiff* were served on this 3rd day of August, 2005 by U.S. Mail, postage pre-paid, on the following:

> Benjamin A. Schwartz, Esquire
> Schwartz & Schwartz
> 1140 South State Street
> P.O. Box 541
> Dover, DE 19903

> /s/ G. Kevin Fasic
> G. Kevin Fasic (DE 3496)
> First Federal Plaza, Suite 500
> P.O. Box 1031
> Wilmington, DE 19899
> (302) 658-6400
> Attorney for Defendant
> Inland Paperboard and Packaging, Inc.