IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-855 KAJ |
| | : | |
| v. | : | |
| | : | |
| INLAND PAPERBOARD AND PACKAGING, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, G. Kevin Fasic, Esquire, do hereby certify that a true and correct copy of *Defendant's Second Set of Requests For Production Directed To Plaintiff* were served on this 2nd day of September, 2005 by U.S. Mail, postage pre-paid, on the following:

    Benjamin A. Schwartz, Esquire
    Schwartz & Schwartz
    1140 South State Street
    P.O. Box 541
    Dover, DE 19903

    /s/ G. Kevin Fasic
    G. Kevin Fasic (DE 3496)
    First Federal Plaza, Suite 500
    P.O. Box 1031
    Wilmington, DE 19899
    (302) 658-6400
    Attorney for Defendant
    Inland Paperboard and Packaging, Inc.