IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-855 KAJ |
| v. | : | |
| | : | |
| INLAND PAPERBOARD & PACKAGING, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 2nd day of September, 2005, that I caused to be served true and correct copies of the foregoing *Subpoena of Marilyn Barnes, F.N.P.,* to be served by Electronic Filing via CM/ECF, upon the following:

        Benjamin A. Schwartz, Esquire
        Schwartz & Schwartz
        1140 South State Street
        P.O. Box 541
        Dover, DE 19903

        /s/ G. Kevin Fasic
        G. Kevin Fasic, Esquire