# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN A. RUSSELL, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-855 KAJ |
| v. | : |
| | : |
| INLAND PAPERBOARD & PACKAGING, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 2nd day of September, 2005, that I caused to be served true and correct copies of the foregoing *Subpoena of Dr. Frank Everett,* to be served by Electronic Filing via CM/ECF, upon the following:

Benjamin A. Schwartz, Esquire
Schwartz & Schwartz
1140 South State Street
P.O. Box 541
Dover, DE 19903


   /s/ G. Kevin Fasic
G. Kevin Fasic, Esquire