# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN A. RUSSELL, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-855 KAJ |
| v. : | |
| : | |
| INLAND PAPERBOARD : | |
| & PACKAGING, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 2nd day of September, 2005, that I caused to be served true and correct copies of the foregoing *Subpoena of A.O. Osunkoya, M.D.,* to be served by Electronic Filing via CM/ECF, upon the following:

        Benjamin A. Schwartz, Esquire
        Schwartz & Schwartz
        1140 South State Street
        P.O. Box 541
        Dover, DE 19903

        /s/ G. Kevin Fasic
        G. Kevin Fasic, Esquire