## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-855 KAJ |
| | : | |
| v. | : | |
| | : | |
| INLAND PAPERBOARD AND | : | |
| PACKAGING, INC., | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITION

TO:    Benjamin A. Schwartz, Esquire
       Schwartz & Schwartz
       1140 South State Street
       P.O. Box 541
       Dover, DE 19903


PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Plaintiff, Shawn A. Russell, Friday, September 16, 2005 at 9:00 a.m. in the offices of Tighe, Cottrell & Logan, P.A., 704 N. King Street, Suite 500, Wilmington, DE 19801.



TIGHE, COTTRELL & LOGAN, P.A.


BY:   /s/ G. Kevin Fasic
      G. Kevin Fasic (DE 3496)
      First Federal Plaza, Suite 500
      P.O. Box 1031
      Wilmington, DE 19801
      302-658-6400
      Attorney for Defendant


DATED: September 8, 2005