## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-855 KAJ |
| | : | |
| v. | : | |
| | : | |
| INLAND PAPERBOARD AND PACKAGING, INC., | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 8th day of September, 2005, that I caused to be served true and correct copies of the foregoing *Notice of Deposition of Shawn A. Russell,* to be served by Electronic Filing via CM/ECF, upon the following:

Benjamin A. Schwartz, Esquire
Schwartz & Schwartz
1140 South State Street
P.O. Box 541
Dover, DE 19903

TIGHE, COTTRELL & LOGAN, P.A.

BY:   /s/ G. Kevin Fasic
      G. Kevin Fasic (DE 3496)
      First Federal Plaza, Suite 500
      P.O. Box 1031
      Wilmington, DE 19801
      302-658-6400
      Attorney for Defendant