IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN A. RUSSELL, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-855 KAJ |
| v. | : |
| | : |
| INLAND PAPERBOARD | : |
| AND PACKAGING, INC. | : |
| | : |
| Defendant. | : |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Nancy Ebe, Esquire to represent Inland Paperboard and Packaging, Inc. in this matter. Counsel for the plaintiff has indicated no objection to this motion.

TIGHE, COTTRELL & LOGAN, P.A.

BY: /s/ G. Kevin Fasic
G. Kevin Fasic (DE 3496)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19801
302-658-6400
Attorney for Defendant
Inland Paperboard and Packaging, Inc.

DATED: September 14, 2005