**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHAWN A. RUSSELL, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-855 KAJ |
| v. | : |
| | : |
| INLAND PAPERBOARD | : |
| AND PACKAGING, INC. | : |
| | : |
| Defendant. | : |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____
United States District Judge

Dated: