IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAWN A. RUSSELL,

    Plaintiff,

v.

                        C.A. No. 04-855 KAJ

INLAND PAPERBOARD
AND PACKAGING, INC.

    Defendant.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and California (presently on inactive status in California) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Nancy Ebe, Esquire

Dated: September 12, 2005