**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SHAWN A. RUSSELL,            :
                                    :
            Plaintiff,         :
                                    :     C.A. No. 04-855 KAJ
          v.                  :
                                    :
INLAND PAPERBOARD      :
& PACKAGING,            :
                                    :
          Defendant.     :

**<u>CERTIFICATE OF SERVICE</u>**

I, G. Kevin Fasic, Esquire, hereby certify this 14th day of September, 2005, that I caused

to be served a true and correct copy of the foregoing Motion *Pro Hac Vice* of Nancy Ebe, by

CM/ECF Electronic Filing, upon the following:


        Benjamin A. Schwartz, Esquire
        Schwartz & Schwartz
        1140 South State Street
        P.O. Box 541
        Dover, DE 19903


                            /s/ G. Kevin Fasic
                            G. Kevin Fasic, Esquire (DE 3496)