# TIGHE, COTTRELL & LOGAN, P.A.

*Attorneys at Law*
*704 NORTH KING STREET, SUITE 500*
*P.O. BOX 1031*
*WILMINGTON, DELAWARE 19899*
*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*WRITER'S EMAIL: k.fasic@lawtcl.com*

<u>BRANCH OFFICES:</u>

| | | |
|---|---|---|
| *13 WEST AVENUE* | *1220C EAST JOPPA ROAD* | *2017 SPRING GARDEN STREET* |
| *P.O. BOX 303* | *SUITE 505* | *PHILADELPHIA, PA 19130-3804* |
| *WOODSTOWN, NJ 08098* | *TOWSON, MD 21286* | |

September 21, 2005

**By Electronic Filing and Hand Delivery**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

        **RE:** **Shawn Russell v. Inland Paperboard and Packaging, Inc.**
             **Civil Action No. 04-855 KAJ**
             **Our File No. 6946**

Dear Judge Jordan:

    I am pleased to inform the court that the parties in the above captioned matter have agreed to settle and resolve this dispute. Counsel will exchange the paperwork to finalize the settlement over the next few days, and we anticipate filing a stipulation of dismissal in the very near future.

    On behalf of counsel and our clients I wish to extend our gratitude to Your Honor, and to your staff, for your patience and assistance in bringing this matter to a resolution.

                            Very truly yours,

                            TIGHE, COTTRELL & LOGAN, P.A.

                            By: /s/ G. Kevin Fasic
                                  G. Kevin Fasic, Esquire

GKF/jt

Cc:    Inland Paperboard and Packaging, Inc.
        Benjamin A. Schwartz, Esquire