IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN A. RUSSELL, | : |
|         Plaintiff, | : |
| v. | : Civil Action No. 04-855-KAJ |
| INLAND PAPERBOARD AND PACKAGING, INC., | : |
|         Defendant. | : |

## ORDER

At Wilmington this **21st** day of **September, 2005,**

IT IS ORDERED that the teleconference scheduled for Wednesday, October 5, 2005 at 4:30 p.m. with Judge Thynge to discuss the status of the case is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE