IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAWN A. RUSSELL,                     :
                                      :
        Plaintiff,                    :    C.A. No. 04-855 KAJ
                                      :
    v.                                :
                                      :
INLAND PAPERBOARD AND                 :
PACKAGING, INC.,                      :
                                      :
        Defendant.                    :

### STIPULATION OF DISMISSAL, WITH PREJUDICE

The Parties to the above captioned action, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action, with prejudice.

SCHWARTZ & SCHWARTZ                         TIGHE, COTTRELL & LOGAN, P.A.

_____                   _____
Benjamin A. Schwartz, Esquire               G. Kevin Fasic, Esquire
1140 South State Street                     First Federal Plaza, Suite 500
P.O. Box 541                                P.O. Box 1031
Dover, DE 19903                             Wilmington, DE 19899

Attorney for Plaintiff                      Attorney for Defendant
Shawn A. Russell                            Inland Paperboard and Packaging, Inc.

Dated: 9-26-05                              Dated: 9/28/05


    IT IS SO ORDERED, this ____ day of _____, 2005.


                                            _____
                                            The Honorable Kent A. Jordan