

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN A. RUSSELL, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-855 KAJ |
| | : | |
| v. | : | |
| | : | |
| INLAND PAPERBOARD AND | : | |
| PACKAGING, INC., | : | |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL, WITH PREJUDICE

The Parties to the above captioned action, by and through their undersigned counsel,

hereby stipulate and agree to the dismissal of this action, with prejudice.

SCHWARTZ & SCHWARTZ                    TIGHE, COTTRELL & LOGAN, P.A.

_____        _____
Benjamin A. Schwartz, Esquire          G. Kevin Fasic, Esquire
1140 South State Street                First Federal Plaza, Suite 500
P.O. Box 541                           P.O. Box 1031
Dover, DE 19903                        Wilmington, DE 19899

Attorney for Plaintiff                 Attorney for Defendant
Shawn A. Russell                       Inland Paperboard and Packaging, Inc.

Dated: 9-26-05                         Dated: 9/28/05

IT IS SO ORDERED, this 3rd day of _____Oct._____, 2005.

_____
The Honorable Kent A. Jordan